TOMPKINS MCILVAINE, as Surviving Partner of the Firm of TOWNSEND & MCILVAINE, Respondent, v. GEORGE STEINSON, Appellant, and THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.

(Submitted October 2, 1905; decided October 10, 1905.)

Motion to vacate order dismissing appeal and for a reargument of motion denied, with ten dollars costs. (See 182 N. Y. 513.)

---

In the Matter of the Petition of EDWARD L. MAWSON, Appellant, v. WILLIAM WERMUTH, Respondent.

(Submitted October 2, 1905 ; decided October 10, 1905.)

Motion for reargument denied, with ten dollars costs. (See 182 N. Y. 234.)

---

CHARLES H. DAVIDS, Appellant, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.

(Submitted October 2, 1905 ; decided October 10, 1905.)

Motion for reargument denied, with ten dollars costs. (See 182 N. Y. 526.)